IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01830-BNB

ABDEL FATTAH HEGAZY,

    Plaintiff,

v.

NANCY BAER,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2008

GREGORY C. LANGHAM
                      CLERK

## ORDER TO TRANSFER

Plaintiff Abdel Fattah Hegazy currently resides in Denver, Colorado. Mr. Hegazy initiated this action by filing a *pro se* Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Hegazy alleges in the Complaint that Defendant discriminated against him based on his national origin and that he was discharged from employment by Defendant in violation of Title VII of the Civil Rights Act of 1964.

Mr. Hegazy further asserts that the alleged unlawful employment practice took place in the State of Indiana. He also attached to the Complaint a copy of the Equal Employment Opportunity Commission (EEOC) Dismissal and Notice of Rights form that indicates Plaintiff's EEOC claim was processed by the EEOC agency located in Indianapolis, Indiana. On September 3, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Hegazy to show cause why this action should not be dismissed or transferred based on either improper venue or lack of personal jurisdiction.

Mr. Hegazy has failed to respond to Magistrate Judge Boland's Order to Show Cause. The Court, therefore, pursuant to 28 U.S.C. § 1391(b)(2), finds that venue is proper in the United States District Court for the District of Southern Indiana (Southern District of Indiana) because all of the events giving rise to the claims asserted in this action occurred in the Southern District of Indiana.

Pursuant to 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." The Court finds that it would be in the interest of justice to transfer this case to the Southern District of Indiana rather than to dismiss it. Accordingly, it is

ORDERED that this action shall be transferred to the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. § 1406(a).

DATED at Denver, Colorado, this 15 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01830-BNB

Abdel Fattah Hegazy
900 S. Quince Street
Apt. B613
Denver, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/16/08

                                          GREGORY C. LANGHAM, CLERK

                                          By: _____
                                                     Deputy Clerk